UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY KESSLER, et al.,

    Plaintiffs,

    v.

ASTRAZENECA LP, et al.,

    Defendants.

_____/

No. C 09-4149 PJH

**ORDER VACATING HEARING DATE**

Pursuant to the order filed on September 16, 2009, this case is stayed pending transfer to Multidistrict proceedings. Accordingly, the hearing on plaintiffs' motion to remand, noticed for December 9, 2009, is VACATED, and defendants need not file an opposition. If the Judicial Panel on Multidistrict Litigation denies the request to transfer, plaintiffs may request that the stay be lifted and may re-notice the motion to remand.

**IT IS SO ORDERED.**

Dated: November 2, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge