1  PETER A. STROTZ, Bar No. 129904
    pstrotz@filicebrown.com
2  OLIVER Q. DUNLAP, Bar No. 225566
    odunlap@filicebrown.com
3  **FILICE BROWN EASSA & MCLEOD LLP**
   1999 Harrison Street, Suite 1800
4  Oakland, California  94612-3520
   Telephone:    510.444.3131
5  Facsimile:    510.839.7940

6  Attorneys for Defendants
   ASTRAZENECA LP and
7  ASTRAZENECA PHARMACEUTICALS LP

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION
10

11 | KIMBERLY KESSLER, et al.,                    | Case No. 4:09-cv-4149-CW

12 |         Plaintiffs,                          | **ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REQUESTING STAY OF SEROQUEL CASES PENDING FINALIZATION OF SETTLEMENT AGREEMENT**
13 | v.
14 | ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, MCKESSON CORPORATION,
15 |
16 |         Defendants.

17

18    Having considered the parties' Motion for Administrative Relief requesting requesting

19  stay of the Seroquel cases pending finalization of the settlement agreement, PURSUANT TO

20  STIPULATION, IT IS SO ORDERED.  The parties will be required to provide the Court

21  with a joint update as to settlement progress by Wednesday December 15, 2010, and if the cases

22  have not settled a case management conference will be held on Tuesday, January 25, 2011.  The

23  pending motion to remand in this case [Docket No. 9] is denied without prejudice to refiling if the

24  settlement is not completed.

25    Signed this 22nd day of September, 2010 at Oakland, California.

26

27                                                      _____
                                                         Judge of the United States District Court
28
                                                         04367 35044 ODUNLAP  637965.1

[~~PROPOSED~~] ORDER
UNITED STATES DISTRICT COURT CASE NO. 4:09-CV-04148-CW